```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
UNITED STATES OF AMERICA,                                              :
                                                                       :
                                                                       :
                                                                       :
                    -v-                                                :    21 Cr. 766 (JPC)
                                                                       :
JUSTIN HAMPTON,                                                        :    ORDER
                                                                       :
                              Defendant.                               :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

      The Court has scheduled trial to begin in this case on November 28, 2022.  The Government shall provide Defendant with notice of any evidence it seeks to admit at trial under Federal Rule of Evidence 404(b) by October 10, 2022.  By October 21, 2022, the parties shall submit proposed *voir dire* questions, requests to charge, and proposed verdict forms.  Any motions *in limine* also shall be filed by October 21, 2022, with oppositions to those motions due by November 4, 2022.  The Court also directs the parties to Part 7 of its Individual Rules and Practices in Criminal Cases for further requirements as to the submission of pretrial materials, exhibit lists, exhibits, and material pursuant to 18 U.S.C. § 3500.

      The Court will hold a Final Pretrial Conference on November 14, 2022, at 10:30 a.m. in Courtroom 12D of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007.

      SO ORDERED.

Dated: September 23, 2022  
       New York, New York

                                                                JOHN P. CRONAN  
                                                            United States District Judge