```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
UNITED STATES OF AMERICA,                                         :
                                                                  :
                                                                  :
                                                                  :
            -v-                                                   :   21 Cr. 766 (JPC)
                                                                  :
JUSTIN HAMPTON,                                                   :   ORDER
                                                                  :
                        Defendant.                                :
                                                                  :
------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On October 27, 2022, a Second Superseding Indictment was filed as to Justin Hampton. *See* Dkt. 47.  It appears that the only difference between this indictment and the First Superseding Indictment, Dkt. 40, pertains to the dates alleged for the offense charged in Count Five. Accordingly, the Court plans to arraign Defendant Hampton on the Second Superseding Indictment at the Final Pretrial Conference, currently scheduled for November 14, 2022 at 10:30 a.m.  If Defendant prefers to be arraigned sooner or requests a conference to discuss the Second Superseding Indictment, he should notify the Court.

SO ORDERED.

Dated: October 28, 2022
       New York, New York

                                                    _____
                                                        JOHN P. CRONAN
                                                    United States District Judge