

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 28, 2022

**BY ECF AND EMAIL**
The Honorable John P. Cronan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. Justin Hampton*, S2 21 Cr. 766 (JPC)

Dear Judge Cronan:

The Government writes regarding its pre-trial filings in the above-captioned case. Rule 7.B. of the Court's Individual Rules of Practice in Criminal Cases instructs the parties to provide "a list of names and places likely to be mentioned at trial" in the proposed *voir dire*. The Government will provide the Court with a list of places likely to be mentioned at trial when it submits its pre-trial filings on or before October 28, 2022. The Government respectfully requests an extension of the deadline to provide the Court with a list of names likely to be mentioned at trial until November 21, 2022. The Government anticipates that the evidence that it presents at trial will refer to victims of the crimes at issue in this case. To respect the privacy concerns and sensitivities that are concomitant with being a victim of a violent crime, the Government requests this extension as it is still in the process of determining which names it will refer to in its case in chief. In addition, the Government respectfully requests permission to supplement both lists in advance of trial as further information comes to light.

The request is granted. The Government's deadline to submit a list of names likely to be mentioned at trial is adjourned to November 21, 2022. The Government may supplement this list or its list of places likely to be mentioned at trial as needed.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

SO ORDERED.

October 31, 2022
New York, New York

_____
JOHN P. CRONAN
United States District Judge

By:  \_s/_____
Brandon C. Thompson
Madison Reddick Smyser
Thane Rehn
Assistant United States Attorneys
(212) 637-2444/-2381/-2354

Cc:   Marc Greenwald, Esq.  (by ECF)
Phillip Jobe, Esq. (by ECF)