UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>- v. -<br><br>JUSTIN HAMPTON,<br><br>Defendant. | 21-Cr-766 (JPC)<br><br>[PROPOSED] ORDER PERMITTING THE DEFENDANT TO APPEAR AT TRIAL IN CIVILIAN CLOTHING AND WITHOUT RESRAINTS |

Upon the application of the defendant, Justin Hampton, by and through his attorneys, the Court hereby orders the Metropolitan Detention Center ("MDC") in Brooklyn, New York, to accept clothing for the defendant to use during the pendency of his trial. The Court now orders the MDC to accept up to five sets of clothing, including, but not limited to, undershirts, socks, shoes, dress shirts, suit pants, suit jackets, ties, and sweaters, and to permit such clothing to be made available to the defendant prior to each court date in this case. In addition, the Court shall permit the defendant to change into business attire at the Court prior to each appearance and appear before the jury without restraints during the pendency of his trial. Counsel for the defendant shall deliver a copy of this order to the appropriate personnel at the MDC.

SO ORDERED.

THE HONORABLE JOHN P. CRONAN
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK

Dated: November 17, 2022
New York, New York