```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
UNITED STATES OF AMERICA,                                        :
                                                                 :
                                                                 :
                                                                 :
              -v-                                                :     S2 21 Cr. 766 (JPC)
                                                                 :
JUSTIN HAMPTON,                                                  :     ORDER
                                                                 :
                    Defendant.                                   :
                                                                 :
-----------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

      The Court will hold a charge conference on December 2, 2022, at 12:15 p.m. in Courtroom 12D of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.  The parties should be prepared to raise any objections to the proposed jury charges and verdict forms attached as exhibits to this Order.

      SO ORDERED.

Dated: December 1, 2022  
      New York, New York

                                                    JOHN P. CRONAN  
                                                  United States District Judge