UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
UNITED STATES OF AMERICA,

          -v-                                                                    21 Cr. 766 (JPC)

JUSTIN HAMPTON,                                     ORDER

                    Defendant.

-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       Defendant's sentencing hearing, currently scheduled for May 1, 2023, is adjourned to June 13, 2023, at 10:00 a.m. in Courtroom 12D of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.  Defendant's sentencing submission shall be due on May 30, 2023.  The Government's submission shall be due on June 6, 2023.

       SO ORDERED.

Dated: March 10, 2023
       New York, New York
                                                        JOHN P. CRONAN
                                                 United States District Judge