UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                        :
UNITED STATES OF AMERICA,                                               :
                                                                        :
                                                                        :
                                                                        :
            -v-                                                         :    S2 21 Cr. 766 (JPC)
                                                                        :
JUSTIN HAMPTON,                                                         :    ORDER
                                                                        :
                        Defendant.                                      :
                                                                        :
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On July 10, 2023, the Court conducted a hearing pursuant to *Faretta v. California*, 422 U.S. 806 (1975), to engage the defendant in an on-the-record colloquy regarding his decision to waive his Sixth Amendment right to counsel. For the reasons discussed at that hearing, the Court is satisfied that Defendant is competent to waive his Sixth Amendment right, and that he does so knowingly, intelligently, voluntarily, and unequivocally. Accordingly, Defendant may proceed *pro se*. The Court appoints Steven Lynch, Esq., as standby counsel pursuant to the Criminal Justice Act.

The Clerk of Court is respectfully directed to mail a copy of this Order and the docket sheet for this case to Defendant at:

> Justin Hampton
> Register Number 76743-509
> Metropolitan Detention Center
> P.O. Box 329002
> Brooklyn, New York 11232

SO ORDERED.

Dated: July 10, 2023
       New York, New York                                   _____
                                                            JOHN P. CRONAN
                                                            United States District Judge