UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                               :
UNITED STATES OF AMERICA,              :
                                               :
            -v-                              :               S2 21 Cr. 766 (JPC)
                                               :
JUSTIN HAMPTON,                         :                   <u>ORDER</u>
                                               :
                       Defendant.           :
                                               :
------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

        The Clerk of Court is respectfully directed to mail a copy of the Order, dated July 10, 2023, at Docket Number 135, as well as the docket sheet in this case, to Defendant Justin Hampton at:

        Justin Hampton
        Register Number 74743-509
        Metropolitan Detention Center
        P.O. Box 329002
        Brooklyn, New York 11232

        SO ORDERED.

Dated: August 28, 2023
       New York, New York                               JOHN P. CRONAN
                                                     United States District Judge